**JOHN F. WARD**
THOMAS B. BACON, P.A.
329 S. Devon Ave.
Wayne, PA 19087
(610) 952-0219  Fax (954) 237-1990

November 17, 2020

The Honorable Karen Spencer Marston
United States District Court
5118 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Owen Harty v. Radnor Hotel Associates*
  Civ. A. No. 2:20-cv-04291-KSM

Dear Judge Marston:

   Pursuant to Local Rule 41.1(b), I am writing to notify the Court that the issues between the parties in the referenced matter have been settled.  Please enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel.

   Please feel free to contact me if you have any questions or need further information. Thank you for your attention to this matter.

                    Respectfully,

                    *[signature]*

                    John F. Ward

JFW:jfw

cc: Charles G. Miller, III, Esquire (via ECF)